# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00151 |
| JOHN THOMAS GORDON | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 7/1/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder, |
| 18 U.S.C. § 1361 | - Destruction of Government Property, |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Mark McNeal, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 07/01/2022

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*