AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:22-mj-00151 |
| JOHN THOMAS GORDON | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 7/1/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JOHN THOMAS GORDON ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 1361 - Destruction of Government Property,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 07/01/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.07.01 11:08:14 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/1/2022 , and the person was arrested on *(date)* 7/8/2022
at *(city and state)* Martinsburg, WV .

Date: 7/8/2022

*Arresting officer's signature*

Mark McNeal / Special Agent, FBI
*Printed name and title*