NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*Nicholas J. Compton*
_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

_(Attorney & Bar ID Number)_

_(Firm Name)_

_(Street Address)_

_(City)_        _(State)_        _(Zip)_

_(Telephone Number)_