## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

7-22-22
Date

JOHN THOMAS GORDON
Defendant

## CERTIFICATION OF SERVICE

The Defendant certifies that on July 26, 2022, the foregoing *Attachment A, Defendant's Acceptance* of the Protective Order, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Andrew J. Tessman, AUSA
>United States Attorney's Office
>300 Virginia Street East
>Charleston, WV 25301

By:   s/ *Nicholas J. Compton*
      Nicholas J. Compton
      Attorney for Defendant
      WV State Bar # 11056
      Federal Public Defender Office
      651 Foxcroft Avenue, Suite 202
      Martinsburg, West Virginia 25401
      Tel. (304) 260-9421