UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-mj-00151-GMH |
| | : | |
| JOHN THOMAS GORDON | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Tim Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on July 28, 2022 is **CANCELLED**, and a status conference is set for _____; and it is further

**ORDERED** that the time between July 28, 2022 and _____ shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide

**SO ORDERED** this \_\_\_\_\_ day of July, 2022.

_____
HONORABLE G. MICHAEL HARVEY
United States Magistrate Judge